UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN BARAN,
                    Plaintiff,

        v.                              CIVIL ACTION NO.
                                        23-12144-LTS

DODGE COUNTY DETENTION FACILITY,
                    Defendants.

ORDER OF TRANSFER

SOROKIN, D.J.

    Plaintiff Steven Baran, a prisoner at Columbia Correctional
Institution located in Portage, Wisconsin, initiated this action
by a letter, seeking among other things injunctive relief from
this Court for the Dodge County Correctional Facility, also in
Wisconsin, to preserve purported video. The Court sees no
connection with any of the parties or claims to this district.

    Accordingly, the action is hereby TRANSFERRED to the United
States District Court for the Eastern District of Wisconsin for
improper venue pursuant to 28 U.S.C. §1406(a) (requiring dismissal
or, if in the interest of justice, transfer of an action for
improper venue to a district where venue is proper). Venue in the
District of Massachusetts is improper because the identified
defendants and claims against them have no apparent connection to
the District of Massachusetts. See 28 U.S.C. §1391(b). For the
same reasons, where the only identified defendant resides in the
Eastern District of Wisconsin and, more importantly, all of the
alleged acts and omissions as to the identified defendants occurred

there, it appears that venue may be proper in the Eastern District of Wisconsin. Id.

**SO ORDERED.**

                                          /s/ Leo T. Sorokin
DATE: September 22, 2023        UNITED STATES DISTRICT JUDGE